

COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18- 109 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| JESSE TYLER JOHNSON and TODEANNA LOPEZ, Defendants. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

## COUNT I

On or about December 14, 2017, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, JESSE TYLER JOHNSON and TODEANNA LOPEZ, knowingly and unlawfully conspired and agreed with each other and other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

On or about December 14, 2017, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, JESSE TYLER JOHNSON and TODEANNA LOPEZ, knowingly possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, and

//
//
//
//
//
//

did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

(for) KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney